| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

CHESTER FINNEY, SR., §
　§
　　　　Plaintiff, §
　§
*versus* § CIVIL ACTION NO. 1:18-CV-8
　§
BRIAN COLLIER, *et al.*, §
　§
　　　　Defendants. §

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Chester Finney, Sr., a prisoner confined at the LeBlanc Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting plaintiff's motion to dismiss the action.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#6) is **ADOPTED**. Plaintiff's motion to dismiss

the action (#5) is **GRANTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 21st day of March, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE